**Order entered June 18, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00931-CR

**DELFINO GUADIANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-34752-U**

### ORDER

Before the Court is appellant's June 14, 2021 third motion for an extension of time to file his brief. We **GRANT** the request and **ORDER** appellant's brief due by July 14, 2021. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b).

/s/     ERIN A. NOWELL
        JUSTICE